4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 MARZELL PATTERSON,
D-2 DAVID BRADLEY ANDERSON, JR.,

    Defendants.

_____/

Case:2:20-cr-20324
Judge: Steeh, George Caram
MJ: Grand, David R.
Filed: 07-29-2020 At 02:26 PM
INDI USA V. PATTERSON ET AL (DA)

Violations:
18 U.S.C. § 922(a)(6),
  § 924(a)(2), and § 2

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE
### 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2 – False Statement to Acquire a Firearm

D-1 Marzell Patterson
D-2 David Bradley Anderson, Jr.

On or about April 29, 2020, in the Eastern District of Michigan, the defendants, Marzell Patterson and David Bradley Anderson, Jr., aiding and abetting and aided and abetted by each other, in connection with the acquisition of a firearm, a CZ model P-10 C, 9mm caliber semiautomatic pistol, from IFA Tactical, a licensed dealer of firearms

within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to IFA Tactical, which statement was intended and likely to deceive IFA Tactical as to a fact material to the lawfulness of such acquisition of the firearm to Patterson under Chapter 44 of Title 18, in that Patterson falsely represented on the Firearms Transaction Record that he was the "actual buyer/transferee of the firearm(s) listed on this form," in violation of 18 U.S.C. § 922(a)(6), § 924(a)(2), and § 2.

## FORFEITURE ALLEGATIONS

The allegations contained in Count One of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

As a result of the foregoing violation of Title 18, United States Code, Section 922(g), as charged in Count One of this Indictment, the defendants shall forfeit to the United States any firearm or ammunition involved in or used in any knowing violation of section 922(g).

2

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

MATTHEW ROTH
Chief, Major Crimes Unit

*s/ Jessica V. Currie*
JESSICA V. CURRIE
Assistant United States Attorney

Dated: July 29, 2020

3

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cove** | Case:2:20-cr-20324<br>Judge: Steeh, George Caram<br>MJ: Grand, David R.<br>Filed: 07-29-2020 At 02:26 PM<br>INDI USA V. PATTERSON ET AL (DA) |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: _JVC_ |

**Case Title:** USA v.   D-1 Marzell Patterson and D-2 David Bradley Anderson, Jr.

**County where offense occurred :**   Macomb

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

____Indictment/____Information --- **no** prior complaint.
__✓__Indictment/____Information --- based upon prior complaint [Case number: 20-mj-30234       ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 29, 2020
Date

Jessica V. Currie
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9531
Fax:   313-226-2372
E-Mail address: Jessica.Currie@usdoj.gov
Attorney Bar #: P74213

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.